**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-7327**

_____

GREGORY GREEN,

                    Plaintiff - Appellant,

          v.

HORRY COUNTY; JIMMY A. RICHARDSON, II; SCOTT HIXON,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, District Judge.  (4:17-cv-01304-RBH)

_____

Submitted:  January 18, 2018                              Decided:  January 23, 2018

_____

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gregory Green, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Green appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Green's 42 U.S.C. § 1983 (2012) complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Horry Cty.*, No. 4:17-cv-01304-RBH (D.S.C. Sept. 29, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*